**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DEPHINE F. MAESTAS,

    Plaintiff,                                                       No.: 1:19-cv-00048-SCY-KK

vs.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendant.

**ORDER GRANTING STIPULATED MOTION TO STAY ACTION
PENDING ADMINISTRATIVE CLAIM DECISION [Doc. 7]**

This matter comes before the Court on the parties' Stipulated Motion to Stay Action Pending Administrative Claim Decision [Doc. 7].

The Court, having reviewed the stipulated motion and being otherwise fully advised in the premises, finds that the motion is well-taken and should be GRANTED. It is therefore ORDERED that:

This case is stayed for a period of 180 days after the entry of this Order. The parties shall submit a status report 120 days after the entry of this Order. All case management deadlines, including the deadline to answer or otherwise respond to the Complaint, are hereby EXTENDED by the number of days that elapse between the date of the entry of this Order and the expiration of the stay.

IT IS SO ORDERED.

*Kirtan Khalsa*
_____
THE HONORABLE KIRTAN KHALSA
United States Magistrate Judge

SUBMITTED BY:

**HOLLAND & HART LLP**

*/s/ Little V. West*
Little V. West
Post Office Box 2208
Santa Fe, New Mexico  87504-2208
Phone (505) 988-4421
Fax (505) 983-6043
*lvwest@hollandhart.com*

- and -

Michael S. Beaver
6380 S. Fiddler's Green Circle, Suite 500
Greenwood Village, CO 80111
Phone (303) 290-1631
Fax (303) 290-1606
*mbeaver@hollandhart.com*

**ATTORNEYS FOR DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY**

APPROVED BY:

**DONALD D. VIGIL, P.C.**

*approved by email 1/24/2019*
Donald D. Vigil
100 Fourteenth Street, S.W.
Albuquerque, NM  87102
Phone (505) 247-2020
Fax (505) 764-8380
*donvigil@donalddvigil.com*

**ATTORNEY FOR PLAINTIFF DEPHINE F. MAESTAS**

11940116_1