31
# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DEPHINE F. MAESTAS,

    Plaintiff,                                    No.: 1:19-cv-00048-SCY-JFR

vs.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, Plaintiff Dephine F. Maestas and Defendant United of Omaha Life Insurance Company, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), notify the Court that this action is hereby DISMISSED WITH PREJUDICE, with the parties to bear their own, respective costs, expenses and attorney fees.

DATED this 29 day of May, 2019.

                                                    Respectfully submitted,

                                                    DONALD D. VIGIL, P.C.

*/s/ Donald D. Vigil, Esq., approved 5/29/19*

Donald D. Vigil, Esq.
100 Fourteenth Street, S.W.
Albuquerque, NM  87102
*donvigil@donalddvigil.com*

- and –

HOLLAND & HART LLP

*/s/ Little v. West, Esq., approved 5/29/19*

_____

Little V. West, Esq.
Post Office Box 2208
Santa Fe, New Mexico  87504-2208
Phone (505) 988-4421
Fax (505) 983-6043
*lvwest@hollandhart.com*

Michael S. Beaver, Esq.
6380 S. Fiddler's Green Circle, Suite 500
Greenwood Village, CO 80111
Phone (303) 290-1631
Fax (303) 290-1606
*mbeaver@hollandhart.com*

Attorneys for Defendant United of Omaha Life Insurance Company

12556372_v1